1012

No. 425, Misc. BURNETT v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied. *Kent Frizzell*, Attorney General of Kansas, and *Ernest C. Ballweg* and *Edward G. Collister, Jr.*, Assistant Attorneys General, for respondent.

No. 747, Misc. WILLIAMS v. McMANN, WARDEN. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Louis J. Lefkowitz*, Attorney General of New York, *Ruth Kessler Toch*, Solicitor General, and *Calvin M. Berger*, Assistant Attorney General, for respondent.

No. 790, Misc. PONCE v. CALIFORNIA. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch*, Attorney General of California, *William E. James*, Assistant Attorney General, and *Lola McAlpin-Grant*, Deputy Attorney General, for respondent.

No. 1010, Misc. THOMPSON v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 1059, Misc. CASPER v. HUBER ET AL. Sup. Ct. Nev. Certiorari denied.

No. 1064, Misc. BROWN v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch*, Attorney General of California, *Doris H. Maier*, Assistant Attorney General, and *Charles P. Just*, Deputy Attorney General, for respondent.

No. 1118, Misc. VAN GELDERN v. SUPERIOR COURT OF THE COUNTY OF VENTURA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Woodruff J. Deem* for respondent.